SAMUEL S. GOODMAN, Appellant, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Petition of GEORGE B. CHENKIN, Petitioner, for an Order of Certiorari against HENRY E. BRUCKMAN, Chairman, and Others, Constituting the Commissioners of the State Liquor Authority, Respondents.— Order of certiorari unanimously dismissed, and the determination of the respondents confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHARLES R. MARVIN, Appellant-Respondent, v. ARTHUR MARETSKY, Also Known as ARON MARETSKY, and AMERICAN STAMP MANUFACTURING Co., Respondents-Appellants.— Order unanimously affirmed, with costs and disbursements to the defendants. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RACHEL WEISS, Respondent, v. TITLE GUARANTEE AND TRUST COMPANY, Appellant.—Judgment unanimously affirmed, with costs. No opinion. Present— Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

SCHERING & GLATZ, INC., Respondent, v. AMERICAN PHARMACEUTICAL COMPANY, INC., and PHILIP KACHURIN, Defendants, Appellants, and THE CHEMICAL FOUNDATION, INCORPORATED, Impleaded Defendant, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JAMES F. EGAN, Public Administrator of New York, as Administrator, etc., of ELLEN MANNING, Also Known as ELLEN EGAN, Deceased, Respondent, v. THE BANK FOR SAVINGS IN THE CITY OF NEW YORK, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

WILLIAM STERN, Respondent, v. ROBERT M. McBRIDE & COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JACOB SPEISER, Respondent, v. ROBERT M. McBRIDE & COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.